# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                  **CASE NO. 14-10137-01 EFM**

**JONEARL SMITH,**

      **Defendant.**

# INDICTMENT

THE GRAND JURY CHARGES:

### Count One

### 18 U.S.C. § 924(c)
### (Possess a Firearm in Furtherance of a Crime of Violence)

That on or about July 12, 2014, in the District of Kansas, the defendant,

### JONEARL SMITH,

did knowingly possess a firearm, that is, a Izhmash, model Saiga, 7.62x39 caliber rifle, s/n 09100126, and a Smith & Wesson, model 4013TSW, .40 caliber handgun, s/n TDM0037, in furtherance of a crime of violence for which the defendant may be prosecuted in a court of the United States, and the defendant discharged the firearm, in violation of Title 18, United States Code, Section 924(c)(1).

## Count Two

**18 U.S.C. § 922(g)**
**(Prohibited Person in Possession of a Firearm)**

That on or about July 12, 2014, in the District of Kansas, the defendant,

**JONEARL SMITH**,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, a Izhmash, model Saiga, 7.62x39 caliber rifle, s/n H09100126, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(l), with reference to Title 18, United States Code, Section 924(a)(2).

## Count Three

**18 U.S.C. § 922(g)**
**(Prohibited Person in Possession of a Firearm)**

That on or about July 12, 2014, in the District of Kansas, the defendant,

**JONEARL SMITH**,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, that is, a Smith & Wesson, model 4013TSW, .40 caliber handgun, s/n TDM0037, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code,

Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(2).

## **Forfeiture Allegations**

As a result of committing the offenses alleged in counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section §2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

1. a Izhmash, model Saiga, 7.62x39 caliber rifle, s/n H09100126;

2. a Smith & Wesson, model 4013TSW, .40 caliber handgun, s/n TDM0037; and

3. six rounds of .40 caliber Winchester S&W cartridges.

All in violation of Title 18, United States Code, Sections 922 (g) and 924 (d), and Title 28, United States Code, Section 2461.

**A TRUE BILL**

July 23, 2014                                    s/Foreperson
DATE                                             FOREPERSON OF THE GRAND JURY

  s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

**It is requested that the trial be held in Wichita, KS**