# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                                  CASE NO. 14-10137-01-JTM

**JONEARL SMITH,**

      Defendant.

# INFORMATION

**THE UNITED STATES ATTORNEY ALLEGES**:

### Count One

**18 U.S.C. § 924(c)**
**(Brandishing a Firearm in Furtherance of a Drug Trafficking Crime)**

That on or about July 12, 2014, in the District of Kansas, the defendant,

**JONEARL SMITH,**

did knowingly possess a firearm, that is, a Izhmash, model Saiga, 7.62x39 caliber rifle, s/n 09100126, and a Smith & Wesson, model 4013TSW Tactical, .40 caliber semi-automatic handgun, s/n TDM0037, in furtherance of a crime of violence for which the defendant may

be prosecuted in a court of the United States, and the defendant brandished, the firearm(s), in violation of Title 18, United States Code, Section 924(c)(1).

## Forfeiture Allegations

As a result of committing the offense alleged in Counts One of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section §2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

1. a Izhmash, model IZ-132, 7.62x39 caliber semi-automatice rifle, s/n 09100126; and

2. a Smith & Wesson, model 4013TSW Tactical, .40 caliber semi-automatic handgun, s/n TDM0037; and

3. six rounds of .40 caliber Winchester S&W cartridges.

All in violation of Title 18, United States Code, Sections 922 (g) and 924 (d), and Title 28, United States Code, Section 2461.

BARRY R. GRISSOM
United States Attorney

 October 6, 2014             /s/   Debra L. Barnett
DATE                        DEBRA L. BARNETT
                            Assistant United States Attorney
                            United States Attorney's Office
                            301 N. Main, Suite 1200
                            Wichita, Kansas 67202
                            316-269-6481
                            K.S.Ct.No. 12729
                            debra.barnett@usdoj.gov