Prob  12B (7/93)
(D/KS 04/22)                                                                                           PACTS# 11961

# United States District Court

### for the

### District of Kansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender:  **Jonearl Smith**                    Case Number:  **1083 6:14CR10137-001**

Sentencing Judicial Officer:  Honorable J. Thomas Marten, U.S. District Judge
Reassigned Judicial Officer: Honorable John W. Broomes, U.S. District Judge

Date of Original Sentence: 03/02/2015

Original Offense:   Brandishing a Firearm in Furtherance of a Crime of Violence, a Class A
                    Felony

Original Sentence:  120 Months Prison, 60 Months Supervised Release

Type of Supervision:  TSR                    Date Supervision Commenced:  03/13/2024

---

### PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of  years.
☒ To modify the conditions of supervision as follows:

**You must not be a member of any street gang, participate in any gang-related activities, or associate with any gang members during the term of supervision, without first gaining permission of the probation officer.**


### CAUSE

On 03/02/2015, the above referenced defendant was sentenced to 120 months custody followed by 5 years of supervised release by the Honorable J. Thomas Marten, U.S. District Judge, for the offense of Brandishing a Firearm in Furtherance of a Crime of Violence.

As a condition of supervision, Mr. Smith was ordered to not be a member of any street gang, participate in any gang-related activities, or associate with any gang members during the term of supervision. The defendant shall comply with any curfew established by the probation officer, who may utilize electronic monitoring to verify the defendant's compliance with the curfew schedule. As instructed by the probation officer, the defendant may be required to maintain a telephone at the defendant's place of residence without call forwarding, caller ID, call waiting, portable cordless telephones, answering machines/service, or any other feature or service which would interfere with the operation of electrical monitoring equipment. The defendant may be required to wear an electronic monitoring device, which may include Global Positioning System and/or Random Tracking and follow electronic monitoring procedures specified by the probation

Prob  12B                                                    -2-
*Name of Offender:  Jonearl Smith*                      *Case Number:  1083 6:14CR10137-001*

officer. Additionally, the probation officer may restrict the defendant from certain areas within the community, and the defendant must comply with these restrictions. The defendant shall assist in the costs of home confinement, based on the ability to pay, at the direction of the probation officer.

Since Mr. Smith's imposition of sentence, the language of this condition has changed to the following: "You must not be a member of any street gang, participate in any gang-related activities, or knowingly associate with any gang members during the term of supervision, without first gaining permission of the U.S. Probation Officer."

The U.S. Probation Office would respectfully request the above modification to Mr. Smith's conditions of supervised release based upon the new language.  At this time, we do not deem an additional condition for location monitoring necessary. If location monitoring becomes necessary in the future, the Court will be notified.

Mr. Smith was presented a Form 49 Waiver of Hearing to Modify Conditions of Supervision. After being advised of the right to counsel and a hearing on the matter, he elected to sign the waiver document. The waiver is on file with the probation office and is available for review upon request.

Respectfully submitted,

by

Approved:

Austin R. Allison
U.S. Probation Officer
Date:  03/13/2024

Justin Hoffman, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other:

s/ John W. Broomes

Signature of Judicial Officer

March 13, 2024

Date